IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JOHN NAGY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 16-CV-07-KHR |
| | ) | |
| SINCLAIR WYOMING REFINING COMPANY, and SINCLAIR OIL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

**COME NOW**, the Parties, by and through their undersigned Counsel of record, and do hereby jointly stipulate that all of Plaintiff's claims filed herein against Defendants Sinclair Wyoming Refining Company and Sinclair Oil Corporation may be dismissed with prejudice, the Parties to bear their own attorneys' fees and costs.

**WHEREFORE**, the Parties move this Court for an Order dismissing all claims herein against Defendants Sinclair Wyoming Refining Company and Sinclair Oil Corporation with prejudice, the Parties to bear their own attorneys' fees and costs.

**DATED** this 17th day of November, 2016.

By: /s/ J. Mark Baird
J. Mark Baird Co. Bar No.
ATTORNEY FOR PLAINTIFF
Baird Quinn, LLC
The Bushong Mansion
2036 E. 17th Ave.
Denver, CO 80206
Phone: (307) 813-4500
jmb@baridquinn.com

       AND

By:    /s/ Kyle A. Ridgeway
       Kyle A. Ridgeway, WSB No. 7-4994
       ATTORNEY FOR DEFENDANTS
       Williams, Porter, Day & Neville, P.C.
       159 N. Wolcott St., Suite 400 (82601)
       P.O. Box 10700
       Casper, WY 82602
       Phone: (307) 265-0700
       Fax:    (307) 266-2306
       kridgeway@wpdn.net