FILED

*10:37 am, 11/18/16*

**Stephan Harris
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

_____

| | |
|---|---|
| JOHN NAGY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | )   Civil Action No. 16-CV-07-KHR |
| | ) |
| SINCLAIR WYOMING REFINING | ) |
| COMPANY, and | ) |
| SINCLAIR OIL CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER**, having come before the Court upon the Parties' *Stipulated Motion to Dismiss with Prejudice*, and the Court having reviewed the pleadings of record and being fully advised in the matter, finds that the Parties have stipulated that Plaintiff's claims against Defendants shall be dismissed with prejudice.

**IT IS THEREFORE, HEREBY ORDERED** that the above-entitled action is dismissed with prejudice as to all claims, and causes of action.

**IT IS FURTHER ORDERED** that all Parties pay their own attorneys' fees and costs.

**DATED** this  18th   day of November, 2016.

_____
U.S. Magistrate Judge